# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §   CIVIL ACTION NO. 2:24-CV-00396-JRG-RSP |
| | § |
| SCHLAGE LOCK COMPANY LLC, | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 64**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that all pending deadlines in the above-captioned matter are **STAYED** until August 11, 2025, during which time appropriate dismissal papers shall be filed with the Court.

SIGNED this 9th day of July, 2025.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE